UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERNEST CALVINO, JR.,

                      Plaintiff,

            -against-

WILLIAM E. BARN,

                      Defendant.

20-CV-0157 (CM)

CIVIL JUDGMENT

       Pursuant to the order issued January 10, 2020, dismissing the complaint,

       IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

       The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

       IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   January 10, 2020
            New York, New York

                                          COLLEEN McMAHON
                                    Chief United States District Judge